## LEVERETT L. PHELPS *vs.* GEORGE NORTON.

By statute motions for new trials are to be taken to the "Supreme Court of Errors next to be holden in the same county." A case was tried in the Superior Court on the 17th of September. The next session of the Supreme Court was on the 24th of September, and the Superior Court adjourned without day before it commenced. A motion for a new trial was made in the case, but was not settled and signed by the judge till after the session of the Supreme Court, and was then taken to the then next term of the Supreme Court in February following. Held that the motion could not be entertained, and the case was stricken from the docket.

REPLEVIN, brought to the Superior Court in Middlesex

County.   Verdict for the plaintiff and motion for a new trial by the defendant on the ground that the verdict was against the evidence.

*Dutton*, for the plaintiff, moved that the case be stricken from the docket, because the motion was not taken to the "Supreme Court of Errors next to be holden in the same county", as required by statute.   It appeared that the case was tried at the September term, 1867, of the Superior Court in Middlesex County, which commenced on the first Tuesday of the month, that the trial took place on the 17th of September, that the Supreme Court for that county sat on the 24th of the same month, that the Superior Court adjourned without day before the 24th, and that the motion for a new trial was not settled and signed by the judge until after the session of the Supreme Court, and that the motion when settled was taken to the Supreme Court to be holden in February, 1868, being the then next session of the court for that county.

The court ordered the case stricken from the docket.

*Dutton* and *L. L. Phelps*, for the plaintiff.

*Tyler* and *Willcox*, for the defendant.